# Exhibit 2








## This Week's Picks



Nike NSW Air Force 1 Shadow
Women's Shoe
$120



Nike Air Max 270 React ENG
Men's Shoe
$170



Air Jordan 1 Retro High OG
Shoe
$170

## Essentials for Your Workout





## New Releases











Men      Shoes      Clothing      Shoes $100 & Under      Sale

New from Nike Training



Featured



New Air Max 90 Styles

Shop

Leo Baker, Leading Equality In Skateboarding

Trending Now

NikePlus · Jordan · Hurley · Converse

Join / Log In To NikePlus Account · Help · United States

# NEW RELEASES  MEN  WOMEN  KIDS  CUSTOMIZE

Search

**Extra 20% Off Sale Styles**
Use code ALLYOU at checkout. Exclusions apply.

## Women

Shoes · Clothing · Bras & Tights · Icon Clash



**IT TAKES COURAGE TO START**

Essentials for running your first marathon, 10k or mile.

Shop

Katelyn Ohashi, Gymnastics Champion, Poet and Activist
Claire Donyanavard, Friend and Manager

## This Week's Picks



**Nike Zoom Pegasus Turbo 2**
Women's Running Shoe
$180



**Nike Vista Lite**
Women's Shoe
$100



**Nike Zoom Fly 3 Premium**
Women's Running Shoe
$160

Women   Shoes   Clothing   Bras & Tights   Icon Clash

## New Arrivals for Your Workout



The Nike React Infinity Run

Shop



The HIIT-Ready SuperRep

Shop

## Featured Collection



Shop

## More to Explore









